# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

FILED
CHARLOTTE, NC
MAR 04 2025
US DISTRICT COURT
WESTERN DISTRICT OF NC

Michael V. Walker

    Plaintiff

v.

Genesis Project 1 Inc.
Shelia Ford

    Defendant

Civil Action No. 3:24-cv-369-MOC

## Motion of Default

I am asking the court to rule against the Defendants in this case for failure to respond to the Plaintiffs complaint and Summons. The Defendants had more than enough time to respond to Plaintiffs & The courts legal briefs and have not. The evidances that weigh in this case of people Ms. Ford told the lies to may have been to much to even fight for so, I ask the court to rule against the defendants and pay judgement that is being sought.